UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>        Plaintiff,<br><br>  v.<br><br>Warehouse Concepts, a California Corporation;<br>U.S. Bancorp, a Delaware Corporation; and Does 1-10,<br><br>        Defendants. | Case: 2:13-CV-00892-MCE-DAD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO Fed .R. Civ. P. 41 (a) (1); ORDER THEREON** |

    Having read the foregoing stipulation and good cause appearing therefore, this action is hereby ordered DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear their own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the terms of the settlement.

    IT IS SO ORDERED.

Dated: January 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1